

ORIGINAL

FILED

09/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0536

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0536

AUG 3 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

| | |
|---|---|
| IN THE MATTER OF APPOINTMENT TO THE DISTRICT COURT COUNCIL | O R D E R |

The term of District Court Council member Glen Welch, Juvenile Probation member, expired when he retired. Pursuant to § 3-1-1602(i), MCA, the Juvenile Probation Officers Association has nominated Christine Kowalski as Mr. Welch's replacement on the District Court Council.

Therefore, and with thanks to Mr. Welch for his service on the District Court Council,

IT IS ORDERED that Christine Kowalski is hereby appointed to the District Court Council to serve the remainder of Mr. Welch's term, which will expire on June 30, 2022.

The Clerk is directed to provide copies of this Order to the Secretary of State; to Glen Welch; to Christine Kowalski; to the remaining members of the District Court Council; to Beth McLaughlin, Court Administrator; to Shauna Ryan, Judicial Education Coordinator; and to the State Bar of Montana.

Dated this 31st day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices